1  GERARD P. FOX (CA SBN 151649)
   gfox@gerardfoxlaw.com
2  Admitted Pursuant to LR IA 11-2
   JOHN K. RUBINER (CA SBN 155208)
3  jrubiner@gerardfoxlaw.com
   Admitted Pursuant to LR IA 11-2
4  ANDREA CONTRERAS (CA SBN 283050)
   Admitted Pursuant to LR IA 11-2
5  GERARD FOX LAW P.C.
   1880 Century Park East, Ste. 1410
6  Los Angeles, CA 90067
   Tel.:   (310) 441-0500
7  Fax:    (310) 441-4447

8  Attorneys for Plaintiffs
   ATARI CASINO, LLC and
9  ATARI INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| ATARI CASINO, LLC, a Delaware limited liability company, ATARI INTERACTIVE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SKILLCO LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-01552-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiffs Atari Casino, LLC and Atari Interactive, Inc. ("Plaintiffs") and Defendant Skillco LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 2, 2017, Plaintiffs filed and served Defendant with the Complaint (Dkt. No. 1).

2. On July 14, 2017, Defendant responded to the Complaint by filing a Motion to Dismiss the Complaint for Lack of Specificity, or, in the Alternative, a Motion for a More Definite Statement ("Motion to Dismiss") (Dkt. No. 14).

3. Pursuant to LR 7-2(b), the deadline for Plaintiffs to file and serve any points and authorities in response to Defendant's Motion to Dismiss is July 28, 2017.

4. Rather than engage in further motion practice on Defendant's Motion to Dismiss, Plaintiffs and Defendant agree that Plaintiffs will address the concerns raised in Defendant's Motion to Dismiss by filing a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

5. Plaintiffs' deadline to file a First Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B) is August 4, 2017.

6. Plaintiffs and Defendant hereby agree and stipulate that Plaintiffs may have additional time to file a First Amended Complaint and that the deadline for Plaintiffs to file a First Amended Complaint shall be extended to and including August 28, 2017. This is the first stipulation for an extension of time for Plaintiffs to file a First Amended Complaint.

7. Plaintiffs and Defendant also agree and stipulate that Defendant's Motion to Dismiss, which is presently scheduled for hearing on August 28, 2017, be taken-off calendar.

DATED this 28th day of July, 2017.

GERARD FOX LAW P.C.

By: /s/ Andrea Contreras
    Andrea Contreras

Attorneys for Plaintiffs
ATARI CASINO, LLC and
ATARI INTERACTIVE, INC.

HOLLEY DRIGGS, WALCH FINE WRAY PUZEY & THOMPSON

By: /s/
    Cami M. Perkins

*Attorneys for Defendant*
SKILLCO LLC

IT IS SO ORDERED:

**GRANTED.** The motion to dismiss (Docket No. 14) is **DENIED** as moot, the hearing thereon (Docket No. 15) is **VACATED**, and the deadline to file an amended complaint is **SET** for August 28, 2017.

_____
United States Magistrate Judge

DATED: August 1, 2017