UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATARI CASINO, LLC, et al., | Case No. 2:17-cv-01552-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 52) |
| SKILLCO LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to compel documents in response to a subpoena served on third party Ryan Works filed on December 1, 2017. Docket No. 52. To date, no response has been filed. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d).

Additionally, the Court has reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, Plaintiffs' motion to compel, Docket No. 52, is hereby **GRANTED**. Plaintiffs shall serve Mr. Works with a copy of this order no later than December 22, 2017. Mr. Works shall comply fully with Plaintiffs' subpoena, no later than December 29, 2017.

IT IS SO ORDERED.

DATED: December 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge