# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATARI CASINO, LLC, et al., | Case No. 2:17-cv-01552-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 55) |
| SKILLCO, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is third party Ryan Works' motion for emergency determination of his motion to reconsider or alternatively motion for stay of order. Docket No. 55. For good cause shown, the Court **GRANTS** in part Mr. Works' motion.

The Court **VACATES** Mr. Works' deadline to comply with the Court's prior order, pending decision on Mr. Works' motion to reconsider. Docket No. 54. The motion to reconsider shall be briefed according to the default timetable in the Court's Local Rules and will be resolved in the ordinary course. In the interim, Mr. Works is **ORDERED** to preserve all documents responsive to Plaintiffs' subpoena.

IT IS SO ORDERED.

DATED: December 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge