# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ATARI CASINO, LLC, et al., | Case No. 2:17-cv-01552-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 57) |
| SKILLCO, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to withdraw third party Ryan Works' emergency motion and set a briefing schedule for the motion to reconsider. Docket No. 57; *see also* Docket Nos. 55 (emergency motion), 54 (motion to reconsider). Mr. Works and Plaintiffs also request a hearing on the motion to reconsider. Docket No. 57 at 2. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion. Mr. Works and Plaintiffs fail to abide by this instruction. *Id.* Moreover, on December 27, 2017, the Court resolved Mr. Works' motion at Docket No. 55 by vacating the December 29, 2017 deadline for Mr. Works to comply with Plaintiffs' subpoena and by ordering that the motion to reconsider be briefed according to the default timetable. Docket No. 56. The instant stipulation does not reflect the Court's order at Docket No. 56.

//

//

//

Therefore, the Court **DENIES** without prejudice the instant stipulation. Docket No. 57. Any renewed stipulation shall be filed no later than January 2, 2018.

IT IS SO ORDERED.

DATED: December 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge