UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATARI CASINO, LLC, et al., | Case No. 2:17-cv-01552-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 59) |
| SKILLCO, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is an amended stipulation to set a briefing schedule for the motion to reconsider, filed by third party Ryan Works and Plaintiffs ("Parties"). Docket No. 59; *see also* Docket No. 54 (motion to reconsider). The parties also request a hearing on the motion to reconsider. Docket No. 59 at 2.

For good cause shown, the Court **GRANTS** the parties' amended stipulation as it pertains to the briefing schedule. Docket No. 59. The Court will determine whether a hearing is necessary once the motion to reconsider has been fully briefed and, if so, will set a hearing. The Court therefore **DENIES** the parties' request to set a hearing on the motion to reconsider at this time. *Id.*

//

//

//

1 | Mr. Works is still subject to the Court's order to preserve all documents responsive to Plaintiffs'
2 | subpoena. Docket No. 56.

IT IS SO ORDERED.

DATED: January 3, 2018

```
                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge
```