GERARD P. FOX
(Admitted *Pro Hac Vice*; CA SBN 151649)
gfox@gerardfoxlaw.com
MICHAEL D. MURPHY
(Admitted *Pro Hac Vice*; CA SBN 224678)
mmurphy@gerardfoxlaw.com
TIMOTHY G. LAMOUREUX
(Admitted *Pro Hac Vice*; CA SBN 294048)
tlamoureux@gerardfoxlaw.com
GERARD FOX LAW, P.C.
1880 Century Park East, Ste. 1410
Los Angeles, CA 90067
Tel.:   (310) 441-0500
Fax:   (310) 441-4447

REW R. GOODENOW (NV SBN 3722)
rgoodenow@parsonsbehle.com
ROBERT W. DELONG (NV SBN 10022)
rdelong@parsonsbehle.com
PARSONS BEHLE & LATIMER
50 West Liberty Street, Ste. 750
Reno, NV  89501
Tel.:   (775) 323-1601
Fax:   (775) 789-6543

*Attorneys for Plaintiffs and Counter-Defendants*
ATARI CASINO, LLC; and
ATARI INTERACTIVE, INC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA – LAS VEGAS**

| | |
|---|---|
| ATARI CASINO, LLC, a Delaware limited liability company; and ATARI INTERACTIVE, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SKILLCO LLC, a Nevada limited liability company; and LAWRENCE VAUGHAN, an individual,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01552-JAD-NJK<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CURRENTLY PENDING MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL** |

| | |
|---|---|
| SKILLCO, LLC, a Nevada limited liability company,<br><br>            Counterclaimant,<br>v.<br><br>ATARI CASINO, LLC, a Delaware limited liability company; and ATARI INTERACTIVE, INC., a Delaware corporation,<br><br>            Counter-Defendants. | FAC Filed:    August 28, 2017<br>Trial Date:    None Set |

On December 19, 2017, this Court granted Plaintiffs' Atari Casino, LLC and Atari Interactive, Inc. (collectively, "Atari") Motion to Compel documents from third-party Ryan Works ("Mr. Works"). The Court's Order Granting Atari's Motion to Compel (the "Order") dated December 19, 2017 [ECF No. 53] set December 29, 2017 as the Atari that are in Mr. Works' possession.

On December 22, 2017, third-party Ryan Works ("Mr. Works") filed a Motion for Reconsideration of Order Granting Motion to Compel [ECF No. 54] ("Motion for Reconsideration").

On December 27, 2017, Mr. Works filed an Emergency Motion for Determination of the Motion for Reconsideration or Alternatively Motion for Stay of the Order [ECF No. 55] (the "Emergency Motion"). The Court's Order Granting the Motion for Emergency Determination of Motion to Reconsider (the "Order") dated December 27, 2017 [ECF No. 56] vacated Mr. Works deadline to comply with the Court's December 19, 2017 Order, and ordered that the Motion for Reconsideration be briefed according to the default timetable, while also instructing Mr. Works to preserve all documents called for by the subpoena at issue. On January 2, 2018, the Parties filed an amended stipulation to continue the briefing schedule of Mr. Works' Motion for Reconsider the Order [ECF 59]. The Court granted the Order, setting a briefing schedule in which, if, on or before January 19, 2018, this case is dismissed pursuant to a settlement between Plaintiffs and Defendants, as memorialized by a

Stipulation for Dismissal filed with the Court, on or after that date, all matters pending between Mr. Works and Atari be vacated, and, should the matter not be vacated, that Atari would have until January 19, 2018 to file an opposition to Mr. Works' Motion [ECF 60].

Atari has advised Mr. Works that this action appears close to settlement. In consideration of the underlying parties' attempts at settlement, and to provide time to fully brief the issues the Parties hereby stipulate as follows:

IT IS STIPULATED THAT, unless this action is resolved by Settlement prior to January 27, 2018, which would be memorialized in a Stipulation for Dismissal, the briefing schedule for the Motion for Reconsideration be as follows: (1) Atari's counsel will file a response to the Motion for Reconsideration on or before February 2, 2018; (2) Mr. Works will then file a reply in support of the Motion for Reconsideration, no later than February 7, 2018.

FINALLY, IT IS STIPULATED THAT, if, on or before February 2, 2018, this case is dismissed pursuant to a settlement between Plaintiffs and Defendants, as memorialized by a Stipulation for Dismissal filed with the Court, on or after that date, all matters pending between Mr. Works and Atari be vacated.

**IT IS SO STIPULATED.**

RESPECTFULLY SUBMITTED this Eighteenth day of January 2018.

| GERARD FOX LAW P.C. | MCDONALD CARANO LLP |
|---|---|
| By: /s/ Michael D. Murphy<br>Michael D. Murphy<br>1800 Century Park East, Suite 1410<br>Los Angeles, CA 90067<br>mmurphy@gerardfoxlaw.com | By: /s/ Jeffrey A. Silversti<br>Jeffrey A Silvestri (NSBN 9224)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>jsilvestri@mcdonaldcarano.com |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 18, 2018

4
STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CURRENTLY PENDING
MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL