GERARD P. FOX
(Admitted *Pro Hac Vice*; CA SBN 151649)
gfox@gerardfoxlaw.com
MICHAEL D. MURPHY
(Admitted *Pro Hac Vice*; CA SBN 224678)
mmurphy@gerardfoxlaw.com
TIMOTHY G. LAMOUREUX
(Admitted *Pro Hac Vice*; CA SBN 294048)
tlamoureux@gerardfoxlaw.com
GERARD FOX LAW, P.C.
1880 Century Park East, Ste. 1410
Los Angeles, CA 90067
Tel.:  (310) 441-0500
Fax:  (310) 441-4447

REW R. GOODENOW (NV SBN 3722)
rgoodenow@parsonsbehle.com
ROBERT W. DELONG (NV SBN 10022)
rdelong@parsonsbehle.com
PARSONS BEHLE & LATIMER
50 West Liberty Street, Ste. 750
Reno, NV  89501
Tel.:  (775) 323-1601
Fax:  (775) 789-6543

*Attorneys for Plaintiffs and Counter-Defendants*
ATARI CASINO, LLC; and
ATARI INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATARI CASINO, LLC, a Delaware limited liability company; and ATARI INTERACTIVE, INC., a Delaware corporation, | Case No.: 2:17-cv-01552-JAD-NJK |
| Plaintiffs, | Assigned to Hon. Jennifer A. Dorsey |
| v. | **STIPULATION AND ORDER DISMISSING ACTION AND CLOSING CASE** |
| SKILLCO LLC, a Nevada limited liability company; and LAWRENCE VAUGHAN, an individual, | ECF Nos. 54, 63 |
| Defendants. | |

| | |
|---|---|
| SKILLCO, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| ATARI CASINO, LLC, a Delaware limited liability company; and ATARI INTERACTIVE, INC., a Delaware corporation, | FAC Filed:    August 28, 2017<br>Trial Date:    None Set |
| Counter-Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants on the other, hereby STIPULATE as follows:

1. This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against each other in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO STIPULATED.


Dated: January 26, 2018                    GERARD FOX LAW, P.C.


                                           /s/ Michael D. Murphy
                                           _____
                                           Gerard P. Fox
                                           Michael D. Murphy
                                           Timothy G. Lamoureux


                                           *Attorneys for Plaintiffs and Counter-
                                           Claim Defendants*
                                           ATARI CASINO, LLC; and
                                           ATARI INTERACTIVE, INC.

**ORDER**

Based on the parties' stipulation [ECF No. 63] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Motion for Reconsideration [ECF No. 54] is DENIED as moot. And the Clerk of Court is directed to CLOSE THIS CASE.

                                           _____
                                           U.S. District Judge Jennifer A. Dorsey
                                           January 29, 2018